# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
November 20, 2012

Lyle W. Cayce
Clerk

No. 12-40278
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JOSE MURILLO DOMINGUEZ-GARCIA,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:11-CR-1896-1

Before KING, CLEMENT, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

Jose Murillo Dominguez-Garcia appeals from his conviction of being found illegally in the United States. He contends that the district court erred by imposing a two-year term of supervised release. He argues that the sentence was procedurally and substantively unreasonable. In his reply brief, he concedes that his arguments are foreclosed by *United States v. Dominguez-Alvarado*, 695 F.3d 324 (5th Cir. 2012), and he states that he wishes to raise the issues to preserve them for further review.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Dominguez-Garcia's challenges to the procedural reasonableness of his supervised release sentence are foreclosed by *Dominguez-Alvarado*. *See Dominguez-Alvarado*, 695 F.3d at 328–29. As for the substantive reasonableness challenge, the district court articulated an acceptable reason for imposing a term of supervised release on Dominguez-Garcia, *see id.*, and the record does not suggest that the imposition of a term of supervised release was otherwise unreasonable.

AFFIRMED.